FILED
 2009 Jan-30 PM 04:41
 U.S. DISTRICT COURT
     N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| KENNETH RAY CORNELIUS, ) | |
| ) | |
| Petitioner, ) | |
| vs. ) | Case No. 5:08-cv-272-TMP |
| ) | |
| DAVID WISE, Warden; ATTORNEY ) | |
| GENERAL OF THE STATE OF ) | |
| ALABAMA, ) | |
| Respondents. ) | |

## O R D E R

On January 9, 2009, the magistrate judge filed his report and recommendation in the above-styled cause, recommending that this petition for *habeas corpus* relief filed pursuant to 28 U.S.C. § 2254 be denied and dismissed with prejudice.  Petitioner filed objections on January 26, 2009.

Having now carefully reviewed and considered the matter *de novo*, including the report and recommendation and the petitioner's objections thereto, the Court is of the opinion that the report is due to be and hereby is ADOPTED, and the recommendation is ACCEPTED.  Consequently, the petition for writ of *habeas corpus* filed pursuant to 28 U.S.C. § 2254 in the above-styled cause is due to be and the same is hereby DENIED and DISMISSED WITH PREJUDICE.

DONE and ORDERED this 30th day of January 2009.

_____
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE